Dated: July 28, 2015

Abel Acosta Clerk

Court of Criminal appeals

PO Box 12308 Capital station

Austin Texas
79711

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 04 2

Abel Acosta. Clerk

RE: NO: 01-14-00727
    PD-0896-15

Dear Clerk

    Could you please advise the Court that the extension of time can be Cancel and a Mandate Can be issued. I'm MHMR, and the person whom were going to file the PDR has changed his mind about assisting me.

    I'm sorry to have taken up your time

Respectfully

Alphonso Smith

# 1952701

Estelle unit

264 FM 3478  Huntsville Tx 77320

**NAME** Alphouso Smith
**TDC#** 1952701
**ESTELLE UNIT**
264 FM 3478
HUNTSVILLE, TX 77320



Legal Mail

Court of Criminal appeals of Texas
PO Box 12308, Capital station
Austin Texas
78711